IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS RECORDS INC.; ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT,<br><br>              Plaintiffs,<br><br>     v.<br><br>KEN PERRY,<br><br>              Defendant. | 2:05-cv-01282-GEB-KJM<br><br><br>ORDER |

        Review of this action reveals that Defendant is proceeding pro se; therefore the action is referenced to the Magistrate Judge pursuant to Local Rule 72-302.  The Status (Pretrial Scheduling) Conference currently scheduled before the undersigned on August 22, 2005, is therefore vacated.

        IT IS SO ORDERED.

DATED:  August 12, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge