IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., et al.,

      Plaintiffs,                  No. CIV S-05-1282 GEB KJM PS

   vs.

KEN PERRY,

      Defendant.               <u>ORDER</u>

_____/

      A status conference was held in this matter on October 26, 2005 before the undersigned. Sheila Salomon appeared telephonically for plaintiffs. Defendant appeared in propria persona. Upon consideration of the status report on file in this action, discussion of counsel and defendant, checking the trial court's availability on the dates proposed by defendant at hearing, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within fourteen days from the date of this order.

      2. Discovery, including the hearing of discovery motions, shall be completed by March 22, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

////

1    3. Dispositive motions, other than discovery motions, shall be noticed to be heard
2 by April 26, 2006.
3    4. The pretrial conference is set for June 5, 2006 at 2:30 p.m. before the
4 Honorable Garland E. Burrell.  Pretrial statements shall be filed in accordance with Local Rule
5 16-281.
6    5. Trial of this matter is set for August 15, 2006 at 9:00 a.m. before the
7 Honorable Garland E. Burrell.   The parties shall file trial briefs in accordance with  Local Rule
8 16-285.
9 DATED:   October 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
warnerbros-perry.oas

2