Leemore Libesman, SBN 221969
HOLME ROBERTS & OWEN LLP
777 South Figueroa, Suite 2800
Los Angeles, California  90017
Telephone:    (213) 572-4300
Facsimile:    (213) 572-4400
Email:  leemore.libesman@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; ARISTA
RECORDS LLC; CAPITOL RECORDS, INC.;
AND SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>KEN PERRY,<br><br>　　　　　Defendant. | Case No. 2:05-CV-1282 GEB KJM<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

PDF created with pdfFactory trial version www.pdffactory.com

1 | Plaintiffs have filed an Application For Substitution of Attorneys for Plaintiffs. Upon
2 | consideration of all the papers filed in connection therewith and good cause showing therefore, it is
3 | hereby ordered that the Application is GRANTED.
4 | SO ORDERED.
5 | DATED: March 13, 2006

    /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com